479 A.2d 1147

Commonwealth v. Richardson, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued February 28, 1984. Anne N. John, for appellant; John F. Wagner, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgments of sentence affirmed.